# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| MICHAEL VANCE CONSULTING, INC., | : |
| Plaintiff, | : |
| v. | : CASE NO.: 7:21-CV-79 (LAG) |
| HELIOS ENERGY LLC | : |
| Defendant. | : |

# ORDER

The Court has been advised that the Parties have agreed to a settlement of this case. Email from Joshua Chesser, Counsel for Defendant, to Marcia Alvarez Benavidez, Courtroom Deputy, U.S. District Court for the Middle District of Georgia (July 23, 2025, 3:47 PM) (on file with the Court). The Court hereby **DIRECTS** the Clerk of Court to administratively close the case as the parties finalize the settlement agreement. The Parties are **ORDERED** to file a Stipulation of Dismissal or move to reopen this case no later than **sixty (60) days** of the date of this Order.

**SO ORDERED**, this 24th day of July, 2025.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**